**IN THE SUPERIOR COURT OF THE STATE OF DELAWARE**

BANKUNITED, N.A.,                             )
                                              )
    Plaintiff,                            )
                                              )
v.                                            )    C.A. No. N20L-02-030 ALR
                                              )
KRISHNAS L.L.C.,                              )
                                              )
    Defendant.                            )

**ORDER GRANTING REASSIGNMENT**

Upon consideration of Defendant Krishnas L.L.C.'s Rule 3(a) Objection and Plaintiff BankUnited, N.A.'s response thereto; the Superior Court Rules of Civil Procedure; and the entire record of this civil action, the Court finds as follows:

1.      This foreclosure action has been assigned to The Honorable Andrea L. Rocanelli. The Case Information Statement accompanying Plaintiff's Complaint does not identify any related cases now pending in Superior Court or closed in this Court within the last two years.[1]

2.      The Case Information Statement accompanying Defendant's Answer identifies as a related case *MRPC Christiana LLC v. Crown Bank*, CA No. N15C-02-010 EMD ("Crown Bank Litigation"), over which The Honorable Eric M. Davis presided.[2]

3.      Defendant filed a Rule 3(a) Objection, asking the Court to reassign this matter to Judge Davis because issues regarding Plaintiff's lien against the property at issue here were briefed, but not decided, in the Crown Bank Litigation. Plaintiff filed a response opposing reassignment, arguing that this action involves a loan that was not at issue in the Crown Bank

---

[1] *See* D.I. 1 (Trans. ID 64716809).
[2] *See* D.I. 9 (Trans. ID 65591060).

Litigation.  Pursuant to Superior Court Rule of Civil Procedure 3(a), the parties' submissions were forwarded to the Civil Administrative Judge.[3]

4.      The Court finds that Defendant's objection to the related cases is proper and warrants reassignment to Judge Davis. Therefore, this matter is hereby **REASSIGNED** to The Honorable Eric M. Davis.

**IT IS SO ORDERED.**

Dated: August 13, 2020
Wilmington, Delaware

*Eric M. Davis*

_____
Eric M. Davis, Judge

cc: File&ServeXpress

---

[3] *See* Super. Ct. Civ. R. 3(a) ("The Prothonotary shall forward any objection to the Related Cases, along with any response thereto, to the Civil Administrative Judge.  The Civil Administrative Judge may, with prior approval of the President Judge, reassign the case to a different judge.").